UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jo Anne Aleshire,

   Plaintiff,         Civil No.06-5043 (RHK/AJB)

vs.            **DISQUALIFICATION AND**
               **ORDER FOR REASSIGNMENT**

Wyeth, Inc., Wyeth Pharmaceuticals, Inc.,
Pfizer, Inc., Pharmacia & Upjohn Company
LLC, f/k/a Pharmacia & Upjohn Company,
Pharmacia Corporation, Greenstone Ltd., Dannemiller
Memorial Educational Foundation, Ketchum, Inc.,
Saatchi & Saatchi Healthcare Communications, Inc.,
Klemtner Advertising, Inc., Designwrite, Inc.,
Designwrite LLC,

   Defendants.

  The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

  **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

  **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  December 27, 2006

              s/Richard H. Kyle
              RICHARD H. KYLE
              United States District Judge